1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA KIM, as an aggrieved employee and on behalf of all other aggrieved employees under the Labor Code Private Attorney's General Act of 2004,<br><br>        Plaintiff,<br><br>     v.<br><br>VIRUS GEEKS, INC., a California corporation; and DOES 1 through 100, inclusive,<br><br>        Defendant. | CASE NO. 5:23-cv-00178<br><br><br>**ORDER ON JOINT STIPULATION TO REMAND TO SUPERIOR COURT OF CALIFORNIA, COUNTY OF MONTEREY** |

19
20
21
22
23
24
25
26
27
28

1    On February 9, 2023, the Parties to the above-referenced action filed

2   a Stipulation to Remand this removed Action. The Court, having reviewed that

3   stipulation, and good cause appearing, orders as follows:

4   1.    The Parties' Stipulation is approved;

5   2.    United States District Court, Northern District of California case number

6   5:23-cv-00178 is hereby remanded to the Superior Court of California, County of

7   Monterey.

8        **IT IS SO ORDERED.**

9

10   Dated:___February 10, 2023___

11                                        Nathanael ...
                                          UNITED S...          TE
12                                        JUDGE



13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28